IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORRIS LEE,

        Plaintiff,                     CV F 02 5037 LJO WMW   PC

  vs.                             ORDER FINDING COMPLAINT
                                   STATES A COLORABLE CLAIM
                                   AND DIRECTING PLAINTIFF
                                   TO COMPLETE USM 285 FORMS

MARK JOHNSON, et al.,

        Defendants.

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 11, 2003. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Johnson and Kellams for deliberate indifference, in violation of the Eighth Amendment.   Accordingly, it is HEREBY ORDERED that:

     1.     Service is appropriate for the following defendants:

           CAPTAIN MARK JOHNSON

           SERGEANT KELLAMS

     2.     The Clerk of the Court shall send to plaintiff two USM-285 forms, two

1  summonses, a Notice of Submission of Documents form, an instruction sheet and
2  a copy of the complaint filed January 8, 2002.
3  3.  Within **thirty (30) days** from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the completed Notice to
5  the court with the following documents:
6      a.  Completed summons;
7      b.  One completed USM-285 form for each defendant listed above; and
8      c.  Three copies of the endorsed complaint filed January 8, 2002.
9  4.  Plaintiff need not attempt service on defendants and need not request waiver of
10  service.  Upon receipt of the above-described documents, the court will direct the
11  United States Marshal to serve the above-named defendants pursuant to Federal
12  Rule of Civil Procedure 4 without payment of costs.
13  5.  <u>The failure to comply with this order will result in a recommendation that this
14  action be dismissed</u>.

18  IT IS SO ORDERED.

19  **Dated:   July 15, 2008**           /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE