IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORRIS LEE,

        Plaintiff,        1: 02 CV 5037 LJO WMW PC

    vs.                    ORDER RE MOTION (DOC 14)

E. ALAMEIDA, et al.,

        Defendants.

       Plaintiff has requested an extension of time in which to file an amended complaint. Plaintiff's motion was filed on July 10, 2008, and entered on to the docket on July 17, 2008. On On July 15, a recommendation was entered, recommending dismissal of certain claims. July 16, 2008, an order was entered, directing Plaintiff to complete and submit USM 285 forms for service of process.

       Plaintiff has shown good cause for an extension of time.  The court vacates the findings and recommendations and the order directing Plaintiff to complete the USM 285 forms.  Plaintiff does not need to complete and return the forms to the court.  The court will screen the amended complaint.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The July 15, 2008, recommendation of dismissal is vacated.

2.  The July 16, 2008, order directing Plaintiff to return USM 285 forms to the court is vacated.

3.  Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:**   **July 17, 2008**                 /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE