IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORRIS LEE,

      Plaintiff,　　　　　1: 02 CV 5037 LJO WMW PC

  vs.　　　　　　　　　　ORDER RE FINDINGS AND
　　　　　　　　　　　　　　　　RECOMMENDATIONS (DOC 18)

E. ALAMEIDA, et al.,

      Defendants.

    On August 20, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file ana mended complaint. On August 26, 2008, Plaintiff filed an amended complaint. On September 17, 2008, Plaintiff filed objections to the findings and recommendations.

    Accordingly, IT IS HEREBY ORDERED that the findings and recommendations entered on August 20, 2008, are vacated.

IT IS SO ORDERED.

**Dated:**   February 5, 2009　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1