IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORRIS LEE,

          Plaintiff,                 1: 02 CV 05037 LJO YNP GSA (PC)

    vs.                               ORDER

E. ALAMEIDA, et al.,

          Defendants.

       Plaintiff was directed to complete and submit to the court forms for service of process upon Defendants M. Garcia and J. Abbati-Harlow.  Plaintiff completed the USM 285 forms, but included the incorrect defendants.  As noted in the order forwarding service documents to Plaintiff, the operative pleading states a claim only as to defendants Garcia and Abbati-Harlow.

       The Court will provide Plaintiff with one further opportunity to comply with the order of June 2, 2009.  Should Plaintiff fail to return the USM 285 forms for service of process with the proper defendants, the Court will recommend dismissal of this action for failure to prosecute.

       Accordingly, IT IS HEREBY ORDERED that:

       1.  The Clerk's Office is directed to send to Plaintiff two USM 285 forms.

       2.  Plaintiff shall, within thirty days of the date of service of this order, complete and return to the Court the USM 285 forms for service of process in accordance with the order of

June 2, 2009.

IT IS SO ORDERED.

Dated:    **July 14, 2009**                  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE