IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C/O HOUGH, et al.,<br><br>　　　　Defendants. | 1:02-cv-05037-LJO-GSA-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 88.) |

　　　Norris Lee ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 8, 2002. (Doc. 1.) This action now proceeds on the Second Amended Complaint filed by Plaintiff on March 23, 2010, against defendants Garcia, Hough, and White.[1] (Doc. 36.)

　　　On July 7, 2011, the Court issued an Order to Show Cause, requiring Plaintiff to file a response within thirty days showing cause why defendant Hough's motion to dismiss should not be granted for Plaintiff's failure to file an opposition to the motion. (Doc. 88.) On July 20, 2011, Plaintiff filed an opposition to defendant Hough's motion to dismiss. (Doc. 92.) In light of the filing of the opposition, the Court finds good cause to discharge the Order to Show Cause.

　　　Accordingly, good cause appearing, the Court's Order to Show Cause, issued on July 7, 2011 is HEREBY DISCHARGED.

　　　IT IS SO ORDERED.

　　　Dated:　**July 28, 2011**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] All other claims and defendants were dismissed from this action by the Court on August 26 2010, based on Plaintiff's failure to state a claim. (Doc. 45.)