IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | 1:02-cv-05037-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING REQUEST FOR DOCKET SHEET |
| vs. | (Doc. 78.) |
| C/O HOUGH, et al., | ORDER FOR CLERK TO SEND COPY OF DOCKET SHEET TO PLAINTIFF |
| Defendants. | |

Norris Lee ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2011, Plaintiff filed a request of the Court to provide him with a copy of the docket sheet in this action. (Doc. 78.) Good cause appearing, Plaintiff's request is HEREBY GRANTED, and the Clerk is directed to send Plaintiff a copy of the docket sheet for this action.

IT IS SO ORDERED.

Dated: **September 1, 2011**         /s/ **Gary S. Austin**
                             UNITED STATES MAGISTRATE JUDGE