1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

9  NORRIS LEE,                                1:02-cv-05037-LJO-GSA-PC

10               Plaintiff,                   ORDER FOR CLERK TO RETURN
                                             DOCUMENT LODGED ON SEPTEMBER 23,
11       v.                                  2011 TO PLAINTIFF
                                             (Doc. 116.)
12  C/O HOUGH, et al.,

13               Defendants.
    _____/

14

15       Norris Lee ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

16  pursuant to 42 U.S.C. § 1983.  On September 23, 2011, Plaintiff lodged a document with the Court

17  entitled "Legal Binding Contract."  (Doc. 116.)   The document appears to be an agreement by

18  Plaintiff to compensate another inmate for litigation assistance.  This agreement is not relevant to

19  Plaintiff's allegations and claims in this case and shall not be retained by the Court.

20       Accordingly, the Clerk of Court is DIRECTED to return to Plaintiff the document entitled

21  "Legal Binding Contract" which was lodged on September 23, 2011.

22
23

24       IT IS SO ORDERED.

25  **Dated:   January 10, 2012**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28