# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C/O HOUGH, et al.,<br><br>　　　　Defendants.　　　　　／ | 1:02-cv-05037-LJO-GSA-PC<br><br>ORDER DISREGARDING PLAINTIFF'S SUPPLEMENTAL MOTION FOR RECONSIDERATION<br>(Doc. 137.) |

　　　　Norris Lee ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2012, this action was dismissed based on Plaintiff's failure to exhaust remedies before filing suit. (Doc. 131.)

　　　　On April 5, 2012, the Court denied, *with prejudice*, Plaintiff's motion for reconsideration of the Court's order dismissing this action. (Doc. 136 at ¶III.1.) Plaintiff was advised that "No further motions for reconsideration, clarification, modification, or the like, shall be considered in this action." (Id. at ¶III.2.) On April 24, 2012, Plaintiff filed a supplemental motion for reconsideration. (Doc. 137.)

　　　　In light of the Court's dismissal of Plaintiff's prior motion *with prejudice*, Plaintiff's supplemental motion is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:　April 25, 2012**　　　　　　　　　／s／ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE